UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re                                          :
                                               :
PPI HOLDINGS, INC., et al.,[1]                 :           Chapter 11
                                               :
                    Debtors.                   :           Case No. 08-13289 (KG)
                                               :
                                               :           Jointly Administered
                                               :
------------------------------------------------------------X
                                               :
CERION, LLC,                                   :
                                               :
                    Plaintiff,                 :           Adv. Pro. 09-50490
                                               :
         - against -                           :           Hearing Date: March 24, 2009 at 1:00 p.m.
                                               :           Objection Deadline: March 23, 2009 at 4:30 p.m.
PPI HOLDINGS, INC., et al.,                    :
                                               :
                    Defendants.                :
------------------------------------------------------------X   *Re: Dkt #5*

## ORDER GRANTING MOTION OF CERION, LLC FOR AN ORDER SHORTENING TIME FOR NOTICE AND RESPONSE TO MOTION OF CERION, LLC FOR ORDER DIRECTING PROMPT MEDIATION UNDER LOCAL BANKRUPTCY RULE 9019-5

Upon consideration of the Motion of Cerion, LLC for an Order Shortening Time for Notice and Response (the "Motion to Shorten Notice") to the Motion of Cerion, LLC for Order Directing Prompt Mediation Under Local Bankruptcy Rule 9019-5, and it appearing that sufficient cause exists for the relief requested therein, it is hereby ORDERED that:

1. The Motion to Shorten Notice is GRANTED.

---

[1] The Debtors in these cases are: PPI Holdings, Inc.; International Fineblanking Corporation; MPI International Holdings, Inc.; MPI International, Inc.; Michigan Fineblanking, Inc.; PPI Sub-Holdings, Inc.; Precision Parts International Services Corp.; Skill Tool & Die Corp.; Skill Tool & Die Holdings Corp.

2. A hearing to consider Motion of Cerion, LLC for Order Directing Prompt Mediation Under Local Bankruptcy Rule 9019-5 on March 24, 2009, at 1:00 p.m.

3. Objections, if any, to the Motion of Cerion, LLC for Order Directing Prompt Mediation Under Local Bankruptcy Rule 9019-5, shall be filed with the Court and served upon Plaintiffs' counsel on or before March 23, 2009, at 4:30 p.m.

Date: March 23, 2009

_____
Honorable Kevin Gross
United States Bankruptcy Judge