# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | PPI Holdings, Inc. |
| **Case Number:** | 08-13289-KG   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 24, 2009 01:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | THERESA PULLAN |

## *Matters:*

1) Emerson and Calsonic matters - Evidentiary hearing (moved from 3/16/09)
   **R / M #:**   416 / 0

2) **ADV: 1-09-50490**
   **Cerion, LLC vs PPI Holdings, Inc.**
   Motion to Shorten regarding mediation.
   **R / M #:**   5 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Resolved - parties will submit a Stipulation on Thursday 3/26 @ 11:00 a.m. hearing
#2 - Cerion - Ordered to mediation for Thursday;  Trial scheduled for Friday 3/27/09 @ 5:30 pm
Pro Hac Vice - ORDER SIGNED