# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PPI HOLDINGS, INC., et al.,[1] | Case No. 08-13289 (KG) |
| Debtors. | Jointly Administered |
| CERION, LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. 09-50490 (KG) |
| PPI HOLDINGS, INC., et al., | |
| Defendants | |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

The parties, by and through counsel, hereby enter into this Stipulation for Dismissal of this Action with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and request that this matter be dismissed with prejudice, each side to bear its own attorneys' fees and costs.

---

[1] The Debtors in these proceedings are: PPI Holdings, Inc.; International Fineblanking Corporation; MPI International Holdings, Inc.; MPI International, Inc.; Michigan Fineblanking, Inc.; PPI Sub-Holdings, Inc.; Precision Parts International Services Corp.; Skill Tool & Die Corp.; Skill Tool & Die Holdings Corp.

#10726615 v3



**WERB AND SULLIVAN**

Duane D. Werb (DE No. 1042)
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801
Telephone: 302.652.1100
Facsimile: 302.652.1111
dwerb@werbsullivan.com

**SCHULTE ROTH & ZABEL LLP**
Michael L. Cook
Christopher J. Arnold
919 Third Avenue
New York, NY 10022
212.756.2150

Counsel for Plaintiff

Dated: March 25, 2009

**PEPPER HAMILTON LLP**

David M. Fournier (DE No. 2812)
Matthew A. Kaplan (DE No. 4956)
Leigh-Anne M. Raport (DE No. 5055)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390
fournierd@pepperlaw.com
kaplanm@pepperlaw.com
raportl@pepperlaw.com

Robert S. Hertzberg (P30261)
Deb Kovsky-Apap (P68258)
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Telephone: 313.259.7110
Facsimile: 313.259.7926
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

Counsel for Defendants

Dated: March 25, 2009

#10726615 v3